**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ANDRENIQUE HOWARD** | **CASE NO.  1:25-CV-00680 SEC P** |
| **VERSUS** | **JUDGE DRELL** |
| **SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 12), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Motion to Dismiss for Failure to State a Claim (Doc. 10) is GRANTED.

THUS DONE AND SIGNED at Alexandria, Louisiana this ___8___ day of April 2026.

**DEE D. DRELL, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**